IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:13-CV-194-BR

AUGUSTINE R. THOMPSON,
    Plaintiff,

v.

PAMELA HANSON, Clerk of Superior Court of Carteret County,
    Defendant.

ORDER

    On 7 November 2014, this court denied defendant Pamela Hanson's motion to dismiss and ordered plaintiff Augustine Thompson ("plaintiff") to file an amended complaint and submit to the Clerk for issuance a properly completed summons for defendant within 30 days. (DE # 17, at 5.) Plaintiff failed to do so, and on 23 February 2015, the court directed her to show cause within 30 days as to why her complaint should not be dismissed without prejudice for failure to amend her complaint and properly serve defendant in accordance with the court's order. (DE # 19.) Plaintiff has not responded to the court's show cause order. Accordingly, plaintiff's complaint is DISMISSED without prejudice and the clerk is DIRECTED to close this case.

    This 1 April 2015.

                                                      W. Earl Britt
                                                      Senior U.S. District Judge