UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| Augustine R. Thompson,             ) | |
|                                                         ) | |
|              Plaintiff,             ) | |
|                                                         ) | |
|         v.                              ) | **JUDGMENT** |
|                                                         ) | |
| Pamela Hanson, *Clerk of Superior Court of*  ) | |
| *Carteret County*,                  ) | 4:13-CV-194-BR |
|                                                         ) | |
|                                                         ) | |
|              Defendant.          ) | |
|                                                         ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's complaint is DISMISSED without prejudice and this case is closed.

**This judgment filed and entered on April 2, 2015, and served on:**

Augustine R. Thompson (via US Mail at 438 Macon Court, Morehead City, NC 28557 )
Grady L. Balentine, Jr.  (via CM/ECF Notice of Electronic Filing)

April 2, 2015

JULIE RICHARDS JOHNSTON, CLERK

_____
By: Deputy Clerk